COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Robert J. Salazar and Elia Salazar v. HP Texas I LLC d/b/a HP Texas LLC, HPA Texas Sub 2016-1 LLC, Ser Texas LLC, and Pathlight Property Management Co.

Appellate case number:   01-19-00926-CV

Trial court case number:  2019-17589

Trial court:             127th District Court of Harris County

Date motion filed:       December 14, 2021

Party filing motions:    Appellants Robert J. Salazar and Elia Salazar

It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature:   /s/  April L. Farris
                     Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: December 30, 2021